AUSA: Micah Wallace Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Eli Bowers Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jeremy Scott Styles

Case No. Case: 2:26−mj−30598
Assigned To : Unassigned
Assign. Date : 9/24/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 4, 2026 - July 5, 2026 in the county of Monroe in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Eli Bowers, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 24, 2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR**
**A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Eli Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2015 and am currently assigned to the FBI Detroit Division. Previously, I was a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation, child pornography, and human trafficking. I have received training in investigating internet fraud, computer intrusions, human trafficking, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and, as part of my duties, have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251(a) and 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Jeremy Scott STYLES for violations of 18 U.S.C. § 2252A(a)(2), receipt of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography.

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, information from other witnesses, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that STYLES has violated 18 U.S.C. §§ 2252A(a)(2), and 2252A(a)(5)(B).

6. In July 2026, the Federal Bureau of Investigation (FBI) in Detroit executed a search warrant at a residence related to the distribution and receipt of child pornography. During the review of the Detroit subject's (Subject-1) cell phone, a conversation in the "Messages" application was observed with a phone number ending in -8153, with a contact name of "Jeremy" (later identified as

Jeremy Scott STYLES). In this conversation, STYLES and Subject-1 discussed their shared attraction to "young boys" and Subject-1 sent multiple videos to STYLES which met the federal definition of child pornography.

7. The following are excerpts from the text message conversation between STYLES, utilizing the phone number ending in -8153, and Subject-1 which was observed on Subject-1's cell phone:

**From July 4, 2026:**

Subject-1: I wanna show you some boys

Styles: I'm waiting

Subject-1: (Sends two videos of an approximately 14- to 16-year-old boy masturbating with his genitalia exposed. One video is nine seconds long, and the other is 37 seconds in length.)

Styles: I need that young bbc in me

Styles: Young cum to fill me up

Subject-1: Me too

Subject-1: Look at that cock sucker

…

**From July 4, 2026**

Subject-1: Can I show you 2 brother

Ones young but he has a huge bubble butt and his big bro sucks

his boy dick

Subject-1: The vid is everything

Subject-1: Look at them cheeks dawg

Subject-1: He's probably be able to take your big ol dick w some think bubbles like that stopping a good 2 inches from pushing through lmao

**From July 5, 2026**

Styles: Video?

Subject-1: I have it if you'd like to see

Subject-1: I just sent the pic

Styles: Yes

Subject-1: So you can see if you'd be interested

Styles: Looks hot

Styles: [Eggplant Emoji]

Subject-1: (Sends four minute five second video of two boys, one approximately 7 years old and the other approximately 14 years old, engaging in oral sex with one another and masturbating. Both of the children expose their genitalia to the camera during the sexual activity.)

Subject-1: Thank you for being open minded

I am addicted to these vids lmao I have to watch em

Styles: Pretty hot they brothers

Subject-1: Definitely

Styles: Boys into it too with his lil boy cock

Subject-1: Yeah man that's what I'm saying he's loving it

Subject-1: I got another where he sucks his big bro off and jerks his lil boy cock

Styles: ("Loved" the two prior messages)

Subject-1: You my only friend in this really so I get lonely with it lmao

Styles: Same here

Styles: Taboo

…

**From July 5, 2026:**

Subject-1: This pose is everything

Styles: (Sends a picture of a nude man, who based on a Michigan driver's license image, appears to be Jeremy STYLES)

Styles: (Sends image of man's butt in thong underwear)

Subject-1: There'd be my pedo

Subject-1: There's my pedo

…

**From July 5, 2026:**

Subject-1: Watch that & tell me he's not too young

Subject-1: I can't let you miss out on this shit bro

It is so goony to run to

Subject-1: I want you to enjoy your desires as intended

Subject-1: No guilt

Subject-1: Just Pleasure

Styles: Keep em coming

Subject-1: Fuck baby

Subject-1: You are so sexy to me tn

Subject-1: You like when I spoil you ?

Styles: Yes super hot n hard

Subject-1: (Sends 22 second video of an adult man performing oral sex on a pre-pubescent boy. The video depicts a closeup of the adult man's face and the exposed genitalia of the child.)

Subject-1: Would you suck on a boy like that

Subject-1: I wanna so bad

Styles: That's really hot

Styles: I would

Subject-1: Fuck baby

Where ya at rn

Styles: At home

Styles: Just got here

Styles: Boutta fuck [Name of Minor residing in STYLES's home] :)

Styles: Sneak into his room n suck some BBC

Subject-1: Do it baby

Think of these kids

8. The above excerpts show STYLES's sexual interest in children. STYLES used the phone number ending in -8153 to knowingly receive child pornography from Subject-1. STYLES is repeatedly asked if he wants to see young boys engaged in sexual activity, and STYLES responds he'd like to see it. For instance, STYLES responds "Keep em coming" and "Yes" to inquiries by Subject-1 asking if they'd like to see child pornography videos. Furthermore, upon receiving these videos, STYLES tells Subject-1 how "hot" the videos are and how they'd also engage in oral sex with a child if given the opportunity.

9. In July 2026, pursuant to an administrative subpoena, Verizon wireless provided the subscriber information for the number ending in -8153 as Individual-1 residing at XXXX Stout Rd., Carleton, Michigan. According to the Michigan Secretary of State records, Jeremy STYLES resides at the same address in Carleton, Michigan.

10. On September 24, 2026, investigators from the FBI found a social media page for Individual-1. The pictures posted on Individual-1's profile show he

and Jeremy STYLES together with pictures dating back at least 10 years. The pictures appear to depict the two as a couple, and people comment on the pictures about how cute they look together. The social media page also depicts a minor child, identified as a family member of Individual-1 (MC-1). MC-1's name is referenced in multiple posts when identifying MC-1 in pictures. Based on photographs shared on social media, MC-1 appears to live with Individual-1 and STYLES at their residence in Carleton, Michigan. There are pictures of him showing off his bedroom in the home, celebrating his birthday, school sports photos, etc. When STYLES says in the chats, "Boutta fuck [MC-1's name]," and "Sneak into his room n suck some BBC," I believe he is referring to MC-1.

11. I compared the image sent by the user of the number ending in -8153, listed as "Jeremy" in Subject-1's contact list, to the Michigan driver's license photo for Jeremy STYLES. They appear to be pictures of the same individual. The two images are shown below:



Image from Chats



Image from STYLES's Drivers License

**CONCLUSION**

12. Based on the foregoing, there is probable cause to believe that Jeremy Scott STYLES committed violations of 18 U.S.C. § 2252A(a)(2), receipt of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography.

Respectfully submitted,

Eli Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Date: September 24, 2026